USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/23/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
  UNITED STATES OF AMERICA               :

                                        :      20-CR-536 (VEC)
       -against-                           :

                                        :      <u>ORDER</u>
  ANTHONY LALLAVE,                    :

                                        :
                       Defendant.     :
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

      WHEREAS on October 22, 2020, Defendant Anthony Lallave appeared before the Court for an arraignment;

      IT IS HEREBY ORDERED that a status conference is scheduled for **January 14, 2021, at 11:00 a.m.**

      IT IS FURTHER ORDERED that the Government endeavor to produce all discovery to Defendant not later than **November 23, 2020**.

**SO ORDERED.**

Date:  **October 23, 2020**                      _____
        **New York, NY**                      **VALERIE CAPRONI**
                                                **United States District Judge**