```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/11/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

v.

ANTHONY LALLAVE,
 a/k/a "Tone,"
MICHAEL LILLO,
 a/k/a "Snow," and
DEWESE HUGHES,
 a/k/a "Special,"

  Defendants.

---

**ADDENDUM TO PROTECTIVE ORDER**

20 Cr. 536 (VEC)

The United States and defendant MICHAEL LILLO, a/k/a "Snow," through the undersigned counsel, hereby consent and agree to be bound by the terms of the Protective Order entered by the Court on November 17, 2020. (Dkt. 21).

Dated: New York, New York
January 11, 2021

AUDREY STRAUSS
Acting United States Attorney
for the Southern District of New York

By: ____/s/____
 Jacob R. Fiddelman
 Mollie Bracewell
 Assistant United States Attorneys

COUNSEL FOR
MICHAEL LILLO

By: ____/s/____
 Brian Kaplan, Esq.

SO ORDERED:

_____/s/ Valerie Caproni_____
HONORABLE VALERIE E. CAPRONI
UNITED STATES DISTRICT JUDGE