```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/9/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

ANTHONY LALLAVE,
  a/k/a "Tone,"
MICHAEL LILLO,
  a/k/a "Snow," and
DEWESE HUGHES,
  a/k/a "Special,"

          Defendants.

**ADDENDUM TO PROTECTIVE ORDER**

**20 Cr. 536 (VEC)**

Upon the application of the United States of America, Audrey Strauss, United States Attorney for the Southern District of New York, Assistant United States Attorneys Mollie Bracewell and Jacob R. Fiddelman, of counsel, and with the consent of the defendants, through counsel, for a supplemental protective order governing the dissemination of certain electronically stored information within the discovery materials produced in connection with the above-captioned case, it is hereby ORDERED that:

1.   **Protective Order.** The Court previously entered a protective order (the "Protective Order") governing the dissemination of any and all discovery materials on November 17, 2020 with respect to defendants Anthony Lallave and Dewese Hughes, *see* Dkt. No. 17, and on January 11, 2020 with respect to defendant Michael Lillo, *see* Dkt. No. 34. This supplemental protective order otherwise adopts and incorporates the provisions of the Protective Order.

2.   **ESI Material.** The Government has made and will make disclosure to the defendants of documents, objects and information, including electronically stored information ("ESI"), pursuant to Federal Rule of Criminal Procedure 16, 18 U.S.C. §3500, and the Government's general obligation to produce exculpatory and impeachment material in criminal

cases, all of which will be referred to herein as "disclosure material." The Government's disclosure material may be contained within ESI that the Government has seized, pursuant to warrants issued during the course of the investigation, from various cell phones and social media accounts belonging to individual defendants.

3. **Facilitation of Discovery.** The entry of a protective order in this case will permit the Government to produce expeditiously the seized ESI material without further litigation. It will also afford the defense prompt access to those materials, which will facilitate the preparation of the defense.

4. **Good Cause.** There is good cause for entry of the supplemental protective order set forth herein.

**ACCORDINGLY, IT IS HEREBY ORDERED:**

5. Upon consent of all counsel, the Government is authorized to disclose to counsel for the defendants, for use solely as permitted herein, the entirety of any seized ESI that may contain disclosure material. The defendant, defense counsel, and personnel for whose conduct counsel is responsible, *i.e.*, personnel employed by or retained by counsel, may review the seized ESI disclosure material to identify items pertinent to the defense. They shall not further disseminate or disclose any portion of the seized ESI disclosure material except as otherwise set forth under the Protective Order previously entered by this Court.

6. This Order places no restriction on a defendant's use or disclosure of ESI that originally belonged to the defendant.

Dated: New York, New York
February 9, 2021

| | |
|---|---|
| AUDREY STRAUSS<br>United States Attorney<br>for the Southern District of New York | COUNSEL FOR<br>MICHAEL LILLO |
| By: _____<br>Jacob R. Fiddelman<br>Mollie Bracewell<br>Assistant United States Attorneys | By: _____<br>Brian Kaplan, Esq. |
| COUNSEL FOR<br>ANTHONY LALLAVE | COUNSEL FOR<br>DEWESE HUGHES |
| /s/Lawrence DiGiansante<br>By: _____<br>Lawrence DiGiansante, Esq. | By: _____<br>David Greenfield, Esq. |

SO ORDERED:

_____
HONORABLE VALERIE E. CAPRONI
UNITED STATES DISTICT JUDGE

3

6.  This Order places no restriction on a defendant's use or disclosure of ESI that originally belonged to the defendant.

Dated: New York, New York
February 9, 2021

| | |
|---|---|
| AUDREY STRAUSS<br>United States Attorney<br>for the Southern District of New York | COUNSEL FOR<br>MICHAEL LILLO |
| By: _____<br>   Jacob R. Fiddelman<br>   Mollie Bracewell<br>   Assistant United States Attorneys | By: _____<br>   Brian Kaplan, Esq. |
| COUNSEL FOR<br>ANTHONY LALLAVE | COUNSEL FOR<br>DEWESE HUGHES |
| By: _____<br>   Lawrence DiGiansante, Esq. | By: *David S. Greenfield*<br>   David Greenfield, Esq. |

SO ORDERED:

_____
HONORABLE VALERIE E. CAPRONI
UNITED STATES DISTICT JUDGE

3

6. This Order places no restriction on a defendant's use or disclosure of ESI that originally belonged to the defendant.

Dated: New York, New York
February 9, 2021

| | |
|---|---|
| AUDREY STRAUSS<br>United States Attorney<br>for the Southern District of New York | COUNSEL FOR<br>MICHAEL LILLO |
| By: _____<br>Jacob R. Fiddelman<br>Mollie Bracewell<br>Assistant United States Attorneys | By: _____<br>Brian Kaplan, Esq. |
| COUNSEL FOR<br>ANTHONY LALLAVE | COUNSEL FOR<br>DEWESE HUGHES |
| By: _____<br>Lawrence DiGiansante, Esq. | By: _____<br>David Greenfield, Esq. |

SO ORDERED:

_____
HONORABLE VALERIE E. CAPRONI
UNITED STATES DISTICT JUDGE

3