USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/18/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
UNITED STATES OF AMERICA         :

          -against-                     :

ANTHONY LALLAVE, MICHAEL LILLO, and  :
DEWESE HUGHES,
                                  Defendants.  :
------------------------------------------------------------ X

20-CR-536 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS the parties are scheduled to appear for a status conference on July 15, 2021, at 2:30 p.m.; and

WHEREAS that date is no longer convenient for the Court;

IT IS HEREBY ORDERED that the July 15, 2021 conference is ADJOURNED to **July 20, 2021, at 11:00 a.m.**, in **Courtroom 443**, Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, NY 10007.

IT IS FURTHER ORDERED that interested members of the public may dial-in using (888) 363-4749 // Access code: 3121171# // Security code: 0536#.

IT IS FURTHER ORDERED that that, in light of the new SDNY protocols, Defense counsel for each Defendant must inform the Court by no later than 3 business days prior to the proceeding whether the attorney or attorneys that plan to appear at the conference and his or her client have been fully vaccinated against COVID-19; the prosecutor(s) must similarly inform the Court whether he or she has been vaccinated on the same time schedule. The notifications may be made via email to Chambers.

IT IS FURTHER ORDERED that per the SDNY COVID-19 COURTHOUSE ENTRY PROGRAM, any person who appears at any SDNY courthouse must complete a questionnaire

and have his or her temperature taken.  Please see the instructions, attached.  Completing the questionnaire ahead of time will save time and effort upon entry.  Only those individuals who meet the entry requirements established by the questionnaire will be permitted entry.  Please contact chambers promptly if you or your client does not meet the requirements.

      IT IS FURTHER ORDERED that the Court's previous exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), is extended to July 20, 2021, because the Court finds that the ends of justice served by accommodating the complexity of this case, including voluminous discovery, compounded by the logistical difficulties created by the COVID-19 pandemic, outweigh the interests of the public and the Defendants in a speedy trial.

**SO ORDERED.**

**Date:  June 18, 2021**
      **New York, NY**

                              **VALERIE CAPRONI**
                              **United States District Judge**

All members of the public, including attorneys, appearing at a Southern District of New York courthouse must complete a questionnaire and have their temperature taken before being allowed entry into that courthouse.

On the day you are due to arrive at the courthouse, click on the following weblink, or scan the following QR code with a mobile device camera to begin the enrollment process. Follow the instructions and fill out the questionnaire. If your answers meet the requirements for entry, you will be sent a QR code to be used at the SDNY entry device at the courthouse entrance.

<https://app.certify.me/SDNYPublic>



Note: If you do not have a mobile phone or mobile phone number, you must complete the questionnaire and temperature screening at an entry device at the courthouse.