USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/6/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
UNITED STATES OF AMERICA

    -against-

ANTHONY LALLAVE,

                      Defendant.
------------------------------------------------------------ X

20-CR-536 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

    WHEREAS on July 6, 2021, the parties appeared before the Court for a change-of-plea hearing;

    WHEREAS at the July 6, 2021 hearing, Defendant pled guilty to a lesser included offense of the crime charged in Count One of the Indictment; and

    WHEREAS the Court accepted Defendant's guilty plea;

    IT IS HEREBY ORDERED that sentencing is scheduled for **October 14, 2021**, **at 11:00 a.m.**, in **Courtroom 443**, Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, NY 10007. Sentencing submissions from both sides are due not later than **September 30, 2021**.

    IT IS FURTHER ORDERED that interested members of the public may dial-in using (888) 363-4749 // Access code: 3121171# // Security code: 0536#.

    IT IS FURTHER ORDERED that per the SDNY COVID-19 COURTHOUSE ENTRY PROGRAM, any person who appears at any SDNY courthouse must complete a questionnaire and have his or her temperature taken. Please see the instructions, attached. Completing the questionnaire ahead of time will save time and effort upon entry. Only those individuals who meet the entry requirements established by the questionnaire will be permitted entry. Please contact chambers promptly if you or your client does not meet the requirements.

IT IS FURTHER ORDERED that Defendant's bail is continued pending sentencing, subject to the same conditions as previously existed.

**SO ORDERED.**

**Date: July 6, 2021**
**New York, NY**

_____
**VALERIE CAPRONI**
**United States District Judge**