**MEMO ENDORSED**

**Lawrence R. DiGiansante**
Attorney at Law
984 Morris Park Avenue
Bronx, N.Y. 10462
Phone (718) 822-0707

Fax (718) 904-1030

e-mail: Ldcrimlaw@optonline.net

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/4/2021

August 3, 2021

BY ECF

The Honorable Valerie E Caproni
United States District Judge
40 Foley Square
New York, New York 10007

U.S. v. Lallave 20 Cr. 536(VEC)

Dear Judge Caproni:

I am writing regarding my client Mr. Lallave. Mr. Lallave is currently scheduled to have an MRI performed at a New York City Hospital previously disclosed to both the Government and his Supervising Pre-trial Officer Mr. Jonathan Lettieri. The procedure will take place at 11:00 am on Friday August 6. I am seeking permission for Mr. Lallave to report to Pre-trial prior to his appointment so that his ankle monitor can be removed temporarily as his Doctor has advised that the test cannot be performed with his monitor in place. After the MRI is performed Mr. Lallave will return to Pre-trial to have the monitor re-installed.

Assistant United States Attorney Jacob Fiddelman and Mr. Lettieri have no objection to this request. Mr. Lallave has been in compliance with all conditions of his release to date.

If Your Honor needs any further information to rule on this request please contact my office.

Very truly yours,

Lawrence DiGiansante

cc: USPO Jonathan Lettieri

Application GRANTED.

SO ORDERED.

*Valerie Caproni*
8/4/2021

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE