```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
   UNITED STATES OF AMERICA                  :
                                             :       20-CR-536 (VEC)
            -against-                        :
                                             :           ORDER
   ANTHONY LALLAVE,                          :
                                             :
                        Defendant.           :
------------------------------------------------------------ X
```

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:_____
> DATE FILED: 10/27/21

VALERIE CAPRONI, United States District Judge:

WHEREAS the Court sentenced Mr. Lallave at a hearing on October 27, 2021; and

WHEREAS if Mr. Lallave provides proof of vaccination against COVID-19, he will remain on bail but must surrender to his designated institution on January 5, 2022 to begin his prison sentence;

IT IS HEREBY ORDERED THAT Mr. Lallave must submit proof of vaccination against COVID-19 to the Court by October 29, 2021. The proof may be in the form of a picture of his vaccination card or a screenshot of his New York Excelsior Pass.

IT IS FURTHER ORDERED THAT if Mr. Lallave does not submit proof of vaccination the Court by close of business on October 29, 2021, he must surrender to the U.S. Marshals, Southern District of New York, by noon, November 1, 2021.

**SO ORDERED.**

Date: October 27, 2021
New York, NY

_____
**VALERIE CAPRONI**
**United States District Judge**