

**MEMO ENDORSED**

**Lawrence R. DiGiansante**
Attorney at Law
984 Morris Park Avenue
Bronx, N.Y. 10462
Phone (718) 822-0707
Fax (718) 904-1030
e-mail: Ldcrimlaw@optonline.net

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/23/21
```

December 22, 2021

BY ECF

The Honorable Valerie E Caproni
United States District Judge
40 Foley Square
New York, New York 10007

U.S. v. Lallave 20 Cr. 536(VEC)

Dear Judge Caproni:

    I am writing regarding my client Mr. Anthony Lallave. I am seeking permission for Mr. Lallave to spend Christmas at his sister-in-law's home located at 47-42 44th Street in Sunnyside, Queens. He would be leaving at 2 p.m. and return home by 10:30 p.m.

    Assistant United States Attorney Jacob Fiddelman has no objection to this request. Pre-Trial cannot approve a social visit for Mr. Lallave. He has been in compliance with all conditions of his release to date and continues to be employed at Common Pantry. This is our fourth request for a bail modification.

    If Your Honor needs any further information to rule on this request please contact my office.

Very truly yours,

*Lawrence DiGiansante*

Lawrence DiGiansante

cc: USPO Jonathan Lettieri

Application GRANTED.

SO ORDERED.

*[signature: Valerie Caproni]*  12/23/21

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE